UNITED STATES of America,
Plaintiff–Appellee,

v.

Efren ROSALES–ROSALES,
Defendant–Appellant.

No. 06–30091.

United States Court of Appeals,
Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 18, 2007.

Josh Van De Wetering, USMI—Office of the U.S. Attorney, Missoula, MT, for Plaintiff–Appellee.

Cynthia K. Smith, Esq., Smith Law Offices, P.C., Missoula, MT, for Defendant–Appellant.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Efren Rosales–Rosales appeals from his jury-trial conviction and 168–month sentence imposed for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a) & 846.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rosales–Rosales' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**